# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153974(32)

MATTHEW J. BRAZYS and MARY
ELIZABETH BRAZYS,
      Plaintiffs-Appellees,

v

                                  SC: 153974
                                  COA: 330391

DAVID ASHEN, d/b/a D.A.'S PAINTING
COMPANY,
      Defendant-Appellant.
_____/

                                  Allegan CC: 12-049809-CH

On order of the Court, the motion for reconsideration of this Court's March 7, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2017



Clerk

a0522